# Exhibit A

## Exhibit A

| Location | Case Date | Reference |
|---|---|---|
| Geisinger Community Medical Center | 04/15/2010 | 30038585 |
| Geisinger Community Medical Center | 06/12/2010 | 30207216 |
| Geisinger Community Medical Center | 07/23/2010 | 30335922 |
| Geisinger Community Medical Center | 07/24/2010 | 30339709 |
| Geisinger Community Medical Center | 08/12/2010 | 30402630 |
| Geisinger Community Medical Center | 08/14/2010 | 30411786 |
| Geisinger Community Medical Center | 08/18/2010 | 30424059 |
| Geisinger Community Medical Center | 10/29/2010 | 30683165 |
| Geisinger Holy Spirit | 04/23/2010 | 30061257 |
| Geisinger Holy Spirit | 06/16/2010 | 30220636 |
| Geisinger Holy Spirit | 06/25/2010 | 30249624 |
| Geisinger Holy Spirit | 07/02/2010 | 30272006 |
| Geisinger Holy Spirit | 07/08/2010 | 30288113 |
| Geisinger Holy Spirit | 07/12/2010 | 30299150 |
| Geisinger Holy Spirit | 07/15/2010 | 30310331 |
| Geisinger Holy Spirit | 07/21/2010 | 30330483 |
| Geisinger Holy Spirit | 07/29/2010 | 30358221 |
| Geisinger Holy Spirit | 08/02/2010 | 30369232 |
| Geisinger Holy Spirit | 08/06/2010 | 30382795 |
| Geisinger Holy Spirit | 08/18/2010 | 30423985 |

| | | |
|---|---|---|
| Geisinger Holy Spirit | 08/27/2010 | 30457768 |
| Geisinger Holy Spirit | 08/31/2010 | 30468473 |
| Geisinger Holy Spirit | 09/02/2010 | 30477685 |
| Geisinger Holy Spirit | 09/10/2010 | 30501850 |
| Geisinger Holy Spirit | 09/14/2010 | 30516516 |
| Geisinger Holy Spirit | 09/22/2010 | 30546634 |
| Geisinger Holy Spirit | 10/25/2010 | 30664106 |

# Exhibit B

## Exhibit B

| Patient # | Admit Date | Discharge Date |
|-----------|------------|----------------|
| 46259842 | 10/1/2013 | 10/2/2013 |
| 46274775 | 10/4/2013 | 10/4/2013 |
| 46279188 | 10/1/2013 | 10/2/2013 |
| 46356374 | 10/17/2013 | 10/17/2013 |
| 46359873 | 10/18/2013 | 10/18/2013 |
| 46364147 | 10/11/2013 | 10/12/2013 |
| 46376471 | 10/14/2013 | 10/15/2013 |
| 46392841 | 10/15/2013 | 10/16/2013 |
| 46515623 | 10/31/2013 | 11/1/2013 |
| 46576732 | 11/14/2013 | 11/14/2013 |
| 46596573 | 11/11/2013 | 11/12/2013 |
| 46635041 | 11/15/2013 | 11/16/2013 |
| 46661286 | 11/20/2013 | 11/21/2013 |
| 46682928 | 11/22/2013 | 11/23/2013 |
| 46692943 | 11/27/2013 | 11/27/2013 |
| 46803326 | 12/13/2013 | 12/14/2013 |
| 46808804 | 12/10/2013 | 12/11/2013 |
| 46823670 | 12/12/2013 | 12/13/2013 |
| 46831509 | 12/19/2013 | 12/20/2013 |
| 46855037 | 12/17/2013 | 12/18/2013 |
| 46857116 | 12/18/2013 | 12/19/2013 |
| 46858882 | 12/18/2013 | 12/19/2013 |
| 46870408 | 12/20/2013 | 12/21/2013 |
| 46934253 | 1/2/2014 | 1/3/2014 |
| 47000898 | 1/9/2014 | 1/10/2014 |
| 47044243 | 1/14/2014 | 1/15/2014 |
| 47056643 | 1/14/2014 | 1/14/2014 |
| 47090485 | 1/21/2014 | 1/22/2014 |
| 47133376 | 1/27/2014 | 1/28/2014 |
| 47159546 | 1/29/2014 | 1/30/2014 |
| 47206610 | 2/6/2014 | 2/6/2014 |
| 47233895 | 2/10/2014 | 2/10/2014 |
| 47349634 | 2/25/2014 | 2/26/2014 |
| 47359864 | 2/26/2014 | 2/27/2014 |
| 47374137 | 2/26/2014 | 2/27/2014 |
| 47469283 | 3/12/2014 | 3/13/2014 |

| 47471479 | 3/12/2014 | 3/13/2014 |
| 47495767 | 3/14/2014 | 3/14/2014 |
| 47499876 | 3/20/2014 | 3/20/2014 |
| 47500525 | 3/17/2014 | 3/17/2014 |

# Exhibit C

## Exhibit C

| Patient # | DRG | Admit Date | Discharge Date | Payor | Actual or Expected Payments |
|---|---|---|---|---|---|
| 45572914 | 918 | 06/30/13 | 07/01/13 | Blue Cross | 5,265.00 |
| 45572245 | 641 | 06/30/13 | 07/01/13 | Blue Cross | 5,870.50 |
| 45574332 | 313 | 06/30/13 | 07/01/13 | Medicare | 3,103.13 |
| 45552577 | 216 | 07/01/13 | 07/02/13 | Highmark Medicare | 30,251.07 |
| 45579513 | 309 | 07/01/13 | 07/02/13 | Medicare | 4,463.32 |
| 45574126 | 247 | 07/01/13 | 07/02/13 | Medicare | 10,939.66 |
| 45549839 | 824 | 07/01/13 | 07/02/13 | Medicare | 12,391.85 |
| 45594397 | 670 | 07/02/13 | 07/03/13 | Highmark | 5,979.19 |
| 45579935 | 287 | 07/02/13 | 07/03/13 | Highmark Medicare | 2,812.86 |
| 45594074 | 812 | 07/02/13 | 07/03/13 | Medicare | 4,315.73 |
| 45604790 | 303 | 07/03/13 | 07/04/13 | Commercial | 3,919.54 |
| 45596749 | 200 | 07/03/13 | 07/04/13 | Medicare | 5,638.75 |
| 45607017 | 069 | 07/04/13 | 07/05/13 | Blue Cross | 6,407.00 |
| 45607561 | 544 | 07/04/13 | 07/05/13 | Health America Medicare | 1,475.49 |
| 45607314 | 863 | 07/04/13 | 07/05/13 | Highmark | 6,028.20 |
| 45606621 | 313 | 07/04/13 | 07/05/13 | Medicare | 2,567.15 |
| 45605508 | 392 | 07/04/13 | 07/05/13 | Medicare | 2,882.94 |
| 45608114 | 392 | 07/05/13 | 07/06/13 | Medicare | 2,882.94 |
| 45613668 | 069 | 07/05/13 | 07/06/13 | Medicare HMO/PPO/POS | 3,807.09 |
| 45617412 | 869 | 07/06/13 | 07/07/13 | Health America | 2,972.66 |
| 45617917 | 310 | 07/06/13 | 07/07/13 | Medicare | 2,565.10 |
| 45619186 | 544 | 07/07/13 | 07/08/13 | Blue Cross Medicare | 3,013.83 |
| 45510740 | 489 | 07/08/13 | 07/09/13 | Highmark | 5,422.39 |
| 45567401 | 253 | 07/08/13 | 07/09/13 | Medicare | 13,586.55 |
| 45634755 | 310 | 07/09/13 | 07/09/13 | Highmark | 3,505.02 |
| 45631371 | 292 | 07/09/13 | 07/09/13 | Medicare | 4,490.71 |
| 45631223 | 641 | 07/09/13 | 07/10/13 | Blue Cross Medicare | 2,246.50 |
| 45631314 | 918 | 07/09/13 | 07/10/13 | Commercial | 4,953.00 |

| 45631504 | 769 | 07/09/13 | 07/10/13 | Highmark | 11,255.43 |
| 45634052 | 536 | 07/09/13 | 07/10/13 | Medicare | 2,255.38 |
| 45638228 | 313 | 07/09/13 | 07/10/13 | Medicare | 3,103.13 |
| 45631298 | 812 | 07/09/13 | 07/10/13 | Medicare | 3,155.41 |
| 45641412 | 948 | 07/10/13 | 07/10/13 | Medicare | 3,866.84 |
| 45649696 | 392 | 07/10/13 | 07/11/13 | Medicare | 848.00 |
| 45630613 | 194 | 07/10/13 | 07/11/13 | Medicare | 2,333.56 |
| 45656857 | 918 | 07/11/13 | 07/12/13 | Highmark | 2,861.11 |
| 45666609 | 069 | 07/12/13 | 07/13/13 | Aetna Medicare | 2,390.10 |
| 45662145 | 251 | 07/12/13 | 07/13/13 | Commercial | 44,620.60 |
| 45660438 | 246 | 07/12/13 | 07/13/13 | Health America Medicare | 8,331.22 |
| 45647914 | 101 | 07/12/13 | 07/13/13 | Highmark | 5,555.06 |
| 45661139 | 312 | 07/12/13 | 07/13/13 | Medical Assistance HMO | 3,928.49 |
| 45666849 | 313 | 07/12/13 | 07/13/13 | Medicare | 3,103.13 |
| 45671336 | 897 | 07/13/13 | 07/14/13 | Health America | 5,939.00 |
| 45661683 | 316 | 07/13/13 | 07/14/13 | Medical Assistance HMO | 5,487.00 |
| 45675196 | 392 | 07/15/13 | 07/16/13 | Aetna Medicare | 4,231.56 |
| 45247483 | 418 | 07/15/13 | 07/16/13 | Aetna Medicare | 9,758.09 |
| 45682325 | 313 | 07/15/13 | 07/16/13 | Blue Cross | 3,791.25 |
| 45675915 | 244 | 07/15/13 | 07/16/13 | Champus | 9,039.35 |
| 45460078 | 627 | 07/15/13 | 07/16/13 | Health America | 437.75 |
| 45675345 | 440 | 07/15/13 | 07/16/13 | Highmark | 4,915.07 |
| 45675188 | 639 | 07/15/13 | 07/16/13 | Medical Assistance | 929.09 |
| 45675113 | 191 | 07/15/13 | 07/16/13 | Medical Assistance HMO | 1,311.23 |
| 45670288 | 200 | 07/15/13 | 07/16/13 | Medicare | 5,615.07 |
| 45681301 | 473 | 07/16/13 | 07/17/13 | Medicare | 271.86 |
| 45696226 | 313 | 07/17/13 | 07/18/13 | Blue Cross Medicare | 1,984.00 |
| 45688389 | 247 | 07/17/13 | 07/18/13 | Blue Cross Medicare | 2,230.00 |
| 45697182 | 305 | 07/17/13 | 07/18/13 | Medical Assistance HMO | 3,805.81 |
| 45683034 | 305 | 07/17/13 | 07/18/13 | Medicare | 3,415.64 |
| 45714730 | 069 | 07/18/13 | 07/19/13 | Blue Cross | 112.50 |

2

| 45695103 | 866 | 07/18/13 | 07/19/13 | Highmark | 4,279.81 |
|----------|-----|----------|----------|----------|----------|
| 45652369 | 253 | 07/18/13 | 07/19/13 | Highmark | 20,907.77 |
| 45706116 | 869 | 07/18/13 | 07/19/13 | Medical Assistance HMO | 4,141.27 |
| 45706157 | 684 | 07/18/13 | 07/19/13 | Medicare | 3,439.80 |
| 45714540 | 069 | 07/19/13 | 07/19/13 | Aetna Medicare | 1,276.76 |
| 45715596 | 690 | 07/19/13 | 07/19/13 | Medicare | 2,676.09 |
| 45723293 | 071 | 07/19/13 | 07/20/13 | Medicare | 5,601.45 |
| 45723616 | 069 | 07/19/13 | 07/20/13 | Medicare HMO/PPO/POS | 4,041.73 |
| 45726908 | 435 | 07/20/13 | 07/20/13 | Medicare | 9,767.41 |
| 45727955 | 252 | 07/21/13 | 07/22/13 | Blue Cross | 26,044.00 |
| 45722717 | 302 | 07/21/13 | 07/22/13 | Highmark | 9,796.23 |
| 45728292 | 916 | 07/21/13 | 07/22/13 | Medicare | 2,787.89 |
| 45729860 | 176 | 07/22/13 | 07/23/13 | Champus | 2,758.10 |
| 45729969 | 638 | 07/22/13 | 07/23/13 | Medical Assistance HMO | 3,715.63 |
| 45733169 | 287 | 07/22/13 | 07/23/13 | Medical Assistance HMO | 5,562.88 |
| 45740768 | 313 | 07/23/13 | 07/23/13 | Medical Assistance HMO | 855.15 |
| 45713955 | 743 | 07/23/13 | 07/24/13 | Medical Assistance HMO | 6,567.36 |
| 45742616 | 249 | 07/23/13 | 07/24/13 | Medicare | 9,870.60 |
| 45740867 | 287 | 07/23/13 | 07/24/13 | Medicare HMO/PPO/POS | 5,934.21 |
| 45745015 | 637 | 07/24/13 | 07/24/13 | Medicare | 7,713.73 |
| 45755782 | 313 | 07/24/13 | 07/25/13 | Highmark | 4,685.88 |
| 45716487 | 238 | 07/24/13 | 07/25/13 | Medicare | 17,684.55 |
| 45760782 | 603 | 07/25/13 | 07/26/13 | Aetna Health Plan | 4,916.59 |
| 45760048 | 684 | 07/25/13 | 07/26/13 | Health America Medicare | 1,251.61 |
| 45761046 | 872 | 07/25/13 | 07/26/13 | Highmark | 7,285.83 |
| 45761442 | 392 | 07/25/13 | 07/26/13 | Medicare | 953.54 |
| 45765922 | 310 | 07/25/13 | 07/26/13 | Medicare | 3,061.47 |
| 45632205 | 483 | 07/25/13 | 07/26/13 | Medicare | 14,005.19 |
| 45769577 | 305 | 07/26/13 | 07/27/13 | Charity Care | 35.00 |
| 45760444 | 372 | 07/26/13 | 07/27/13 | Highmark | 6,523.96 |

| 45777612 | 757 | 07/26/13 | 07/27/13 | Medicare | 331.21 |
|---|---|---|---|---|---|
| 45687753 | 714 | 07/26/13 | 07/27/13 | Medicare | 3,983.14 |
| 45717030 | 238 | 07/26/13 | 07/27/13 | Medicare | 17,724.31 |
| 45766086 | 312 | 07/28/13 | 07/29/13 | Highmark | 5,690.47 |
| 45780954 | 287 | 07/28/13 | 07/29/13 | Highmark | 7,804.54 |
| 45781317 | 493 | 07/28/13 | 07/29/13 | Medicare | 8,150.28 |
| 45780830 | 176 | 07/28/13 | 07/29/13 | United HealthCare | 2,812.00 |
| 45778461 | 914 | 07/29/13 | 07/30/13 | Aetna Medicare | 4,015.23 |
| 45779683 | 103 | 07/29/13 | 07/30/13 | Champus | 315.98 |
| 45782414 | 101 | 07/29/13 | 07/30/13 | Highmark | 5,555.06 |
| 45798642 | 309 | 07/30/13 | 07/31/13 | Aetna Medicare | 4,531.38 |
| 45799558 | 287 | 07/30/13 | 07/31/13 | Blue Cross | 8,195.47 |
| 45792645 | 639 | 07/30/13 | 07/31/13 | Commercial | 4,192.56 |
| 45793338 | 638 | 07/30/13 | 07/31/13 | Highmark | 4,743.37 |
| 45802824 | 885 | 07/30/13 | 07/31/13 | Medical Assistance HMO | 483.00 |
| 45768702 | 313 | 07/30/13 | 07/31/13 | Medicare | 3,079.45 |
| 45774189 | 287 | 07/30/13 | 07/31/13 | Medicare | 5,894.77 |
| 45788593 | 473 | 07/30/13 | 07/31/13 | Medicare | 11,862.11 |
| 45792124 | 313 | 07/30/13 | 07/31/13 | Medicare HMO/PPO/POS | 3,124.50 |
| 45807856 | 244 | 07/31/13 | 08/01/13 | Medicare | 9,956.07 |
| 45803566 | 101 | 07/31/13 | 08/01/13 | United HealthCare | 1,459.20 |
| 45786415 | 419 | 08/01/13 | 08/01/13 | Blue Cross | 10,302.00 |
| 45812328 | 103 | 08/01/13 | 08/01/13 | Medical Assistance HMO | 2,825.10 |
| 45812419 | 313 | 08/01/13 | 08/02/13 | Highmark Medicare | 3,051.01 |
| 45818507 | 603 | 08/01/13 | 08/02/13 | Medical Assistance HMO | 3,417.19 |
| 45812682 | 310 | 08/01/13 | 08/02/13 | Medicare | 1,877.47 |
| 45805488 | 578 | 08/02/13 | 08/02/13 | Aetna Health Plan | 9,252.14 |
| 45830700 | 343 | 08/02/13 | 08/03/13 | Highmark | 7,909.99 |
| 45823432 | 390 | 08/02/13 | 08/03/13 | Medicare | 2,333.05 |
| 45832599 | 313 | 08/03/13 | 08/04/13 | Highmark | 5,216.93 |
| 45836095 | 313 | 08/04/13 | 08/05/13 | Medicare | 3,103.13 |

| 45835469 | 312 | 08/04/13 | 08/05/13 | Medicare | 4,047.21 |
|---|---|---|---|---|---|
| 45835485 | 602 | 08/04/13 | 08/05/13 | Medicare HMO/PPO/POS | 8,295.42 |
| 45819919 | 238 | 08/05/13 | 08/06/13 | Blue Cross Medicare | 2,536.74 |
| 45836889 | 379 | 08/05/13 | 08/06/13 | Highmark | 3,541.10 |
| 45843455 | 068 | 08/05/13 | 08/06/13 | Highmark | 9,081.32 |
| 45838695 | 312 | 08/05/13 | 08/06/13 | Medicare | 4,047.21 |
| 45836624 | 309 | 08/05/13 | 08/06/13 | Medicare | 4,463.32 |
| 45847795 | 300 | 08/06/13 | 08/06/13 | Highmark | 5,581.76 |
| 45833282 | 552 | 08/06/13 | 08/07/13 | Medicare | 2,769.90 |
| 45864923 | 203 | 08/07/13 | 08/08/13 | Aetna Health Plan | 8,734.15 |
| 45863172 | 192 | 08/07/13 | 08/08/13 | MA Medicare | 3,578.86 |
| 45858222 | 287 | 08/07/13 | 08/08/13 | Medical Assistance HMO | 5,688.26 |
| 45754454 | 247 | 08/07/13 | 08/08/13 | Medicare | 10,939.66 |
| 45823655 | 253 | 08/07/13 | 08/08/13 | Medicare | 13,769.22 |
| 45866324 | 378 | 08/08/13 | 08/09/13 | Medical Assistance HMO | 3,484.02 |
| 45878162 | 287 | 08/08/13 | 08/09/13 | Medicare | 5,894.77 |
| 45824240 | 307 | 08/09/13 | 08/09/13 | Blue Cross Medicare | 2,311.50 |
| 45882313 | 392 | 08/09/13 | 08/10/13 | Blue Cross | 6,207.50 |
| 45887130 | 303 | 08/09/13 | 08/10/13 | Highmark | 4,704.90 |
| 45878303 | 605 | 08/09/13 | 08/10/13 | Medicare | 4,163.97 |
| 45879046 | 812 | 08/09/13 | 08/10/13 | Medicare | 4,315.73 |
| 45888583 | 812 | 08/09/13 | 08/10/13 | Medicare | 4,339.41 |
| 45889839 | 781 | 08/11/13 | 08/11/13 | Highmark | 4,279.81 |
| 45878436 | 876 | 08/11/13 | 08/12/13 | Medicare | 15,009.31 |
| 45896719 | 690 | 08/12/13 | 08/13/13 | Medical Assistance | 5,734.84 |
| 45910486 | 866 | 08/13/13 | 08/14/13 | Blue Cross | 174.25 |
| 45892940 | 393 | 08/13/13 | 08/14/13 | Medicare | 9,160.62 |
| 45909520 | 812 | 08/13/13 | 08/14/13 | Medicare HMO/PPO/POS | 4,320.21 |
| 45911302 | 392 | 08/14/13 | 08/14/13 | Highmark | 5,246.07 |
| 45912276 | 309 | 08/14/13 | 08/14/13 | Medicare | 4,463.32 |
| 45897428 | 392 | 08/14/13 | 08/15/13 | Aetna Medicare | 3,320.17 |

| | | | | | |
|---|---|---|---|---|---|
| 45868049 | 336 | 08/14/13 | 08/15/13 | Medical Assistance HMO | 11,054.94 |
| 45916392 | 312 | 08/14/13 | 08/15/13 | Medicare | 2,573.25 |
| 45819398 | 238 | 08/14/13 | 08/15/13 | Medicare | 17,650.17 |
| 45921681 | 310 | 08/15/13 | 08/15/13 | Aetna Health Plan | 3,611.49 |
| 45921756 | 313 | 08/15/13 | 08/16/13 | Highmark | 5,216.93 |
| 45920873 | 392 | 08/15/13 | 08/16/13 | Highmark | 5,410.27 |
| 45929965 | 287 | 08/15/13 | 08/16/13 | Highmark | 9,272.60 |
| 45921657 | 069 | 08/15/13 | 08/16/13 | Highmark Medicare | 4,108.07 |
| 45914363 | 781 | 08/15/13 | 08/16/13 | Medical Assistance HMO | 2,199.65 |
| 45930575 | 639 | 08/15/13 | 08/16/13 | Medical Assistance HMO | 3,715.63 |
| 45907508 | 292 | 08/15/13 | 08/16/13 | Medicare | 2,918.86 |
| 45925419 | 313 | 08/15/13 | 08/16/13 | Medicare | 3,103.13 |
| 45921640 | 512 | 08/15/13 | 08/16/13 | Medicare | 6,222.48 |
| 45926862 | 246 | 08/16/13 | 08/17/13 | Highmark | 29,285.73 |
| 45931672 | 300 | 08/16/13 | 08/17/13 | Medical Assistance HMO | 1,311.23 |
| 45933678 | 563 | 08/16/13 | 08/17/13 | Medicare | 4,180.72 |
| 45936747 | 074 | 08/16/13 | 08/17/13 | Medicare | 4,868.46 |
| 45937307 | 313 | 08/17/13 | 08/18/13 | Medicare | 3,103.13 |
| 45943651 | 603 | 08/18/13 | 08/18/13 | Health America | 3,198.37 |
| 45943818 | 775 | 08/18/13 | 08/19/13 | Champus | 2,020.36 |
| 45952348 | 313 | 08/19/13 | 08/20/13 | Highmark | 1,650.00 |
| 45945102 | 512 | 08/19/13 | 08/20/13 | Highmark | 9,197.44 |
| 45945235 | 641 | 08/19/13 | 08/20/13 | Medicare | 3,817.49 |
| 45823945 | 491 | 08/19/13 | 08/20/13 | Medicare | 5,868.84 |
| 45875960 | 254 | 08/19/13 | 08/20/13 | Medicare | 9,238.11 |
| 45945292 | 151 | 08/19/13 | 08/20/13 | Medicare HMO/PPO/POS | 3,511.70 |
| 45955895 | 313 | 08/20/13 | 08/20/13 | Blue Cross | 4,741.09 |
| 45955911 | 312 | 08/20/13 | 08/21/13 | Highmark | 5,429.47 |
| 45943263 | 074 | 08/20/13 | 08/21/13 | Medicare | 4,844.78 |
| 45921871 | 039 | 08/21/13 | 08/21/13 | Medicare HMO/PPO/POS | 5,883.24 |
| 45962750 | 392 | 08/21/13 | 08/22/13 | Highmark | 5,071.01 |

| 45950821 | 563 | 08/21/13 | 08/22/13 | Highmark | 5,796.59 |
|---|---|---|---|---|---|
| 45965738 | 690 | 08/21/13 | 08/22/13 | Medicare | 995.83 |
| 45964566 | 482 | 08/21/13 | 08/22/13 | Medicare | 7,536.41 |
| 45872652 | 036 | 08/21/13 | 08/22/13 | Medicare | 9,129.93 |
| 45879293 | 238 | 08/21/13 | 08/22/13 | Medicare HMO/PPO/POS | 18,338.79 |
| 45975190 | 871 | 08/22/13 | 08/22/13 | Medicare | 10,308.55 |
| 45964756 | 742 | 08/22/13 | 08/23/13 | Highmark | 8,920.10 |
| 45974060 | 556 | 08/22/13 | 08/23/13 | Medicare | 3,882.73 |
| 45984341 | 315 | 08/23/13 | 08/24/13 | Aetna Medicare | 1,313.68 |
| 45985074 | 093 | 08/23/13 | 08/24/13 | Medicare | 3,396.46 |
| 45993011 | 074 | 08/23/13 | 08/24/13 | Medicare | 3,684.46 |
| 45965357 | 254 | 08/23/13 | 08/24/13 | Medicare | 8,151.71 |
| 45995164 | 309 | 08/24/13 | 08/25/13 | Health America | 722.70 |
| 45995610 | 563 | 08/24/13 | 08/25/13 | Medicare | 2,931.18 |
| 45994118 | 310 | 08/24/13 | 08/25/13 | Medicare | 3,061.47 |
| 45994282 | 293 | 08/24/13 | 08/25/13 | Medicare | 3,724.84 |
| 45990686 | 603 | 08/25/13 | 08/25/13 | Medicare | 4,624.52 |
| 45996808 | 392 | 08/25/13 | 08/26/13 | Health America | 5,227.97 |
| 46007811 | 066 | 08/26/13 | 08/27/13 | Aetna Health Plan | 7,589.76 |
| 45990660 | 561 | 08/26/13 | 08/27/13 | Medicare | 3,352.49 |
| 45992484 | 065 | 08/26/13 | 08/27/13 | Medicare | 5,059.46 |
| 46027231 | 301 | 08/28/13 | 08/29/13 | Aetna Medicare | 483.11 |
| 46014148 | 247 | 08/28/13 | 08/29/13 | Blue Cross Medicare | 2,281.50 |
| 46018404 | 313 | 08/28/13 | 08/29/13 | Health America | 1,807.00 |
| 46017174 | 340 | 08/28/13 | 08/29/13 | Highmark | 9,731.15 |
| 46023289 | 286 | 08/28/13 | 08/29/13 | Medicare | 3,749.08 |
| 46026746 | 494 | 08/28/13 | 08/29/13 | Medicare | 6,837.44 |
| 46026167 | 494 | 08/28/13 | 08/29/13 | United HealthCare | 15,951.05 |
| 46028825 | 313 | 08/29/13 | 08/30/13 | Aetna Medicare | 2,837.45 |
| 46030458 | 247 | 08/29/13 | 08/30/13 | Health America | 18,752.54 |
| 46038089 | 546 | 08/30/13 | 08/31/13 | Blue Cross | 9,833.00 |
| 46047031 | 310 | 08/30/13 | 08/31/13 | Medicare | 3,061.47 |
| 46028619 | 775 | 08/31/13 | 09/01/13 | Blue Cross | 4,407.00 |
| 46048013 | 872 | 08/31/13 | 09/01/13 | Highmark | 5,383.19 |
| 46050761 | 603 | 09/01/13 | 09/02/13 | Medicare | 4,077.73 |

| 46054342 | 291 | 09/02/13 | 09/03/13 | Aetna Medicare | 857.43 |
|----------|-----|----------|----------|----------------|--------|
| 46052460 | 440 | 09/02/13 | 09/03/13 | Health America Medicare | 3,652.88 |
| 46053138 | 204 | 09/02/13 | 09/03/13 | Highmark | 5,717.84 |
| 46052494 | 920 | 09/02/13 | 09/03/13 | Highmark | 6,733.70 |
| 46054441 | 313 | 09/03/13 | 09/03/13 | Medicare | 4,988.14 |
| 46059481 | 689 | 09/03/13 | 09/03/13 | Medicare | 6,460.62 |
| 46050217 | 511 | 09/03/13 | 09/04/13 | Blue Cross Medicare | 2,357.94 |
| 46054573 | 392 | 09/03/13 | 09/04/13 | Highmark Medicare | 3,928.46 |
| 46052668 | 781 | 09/03/13 | 09/04/13 | Medical Assistance HMO | 2,199.65 |
| 46066684 | 639 | 09/04/13 | 09/04/13 | MA Medicare | 3,131.59 |
| 46078184 | 379 | 09/04/13 | 09/05/13 | Aetna Medicare | 2,979.82 |
| 46070629 | 494 | 09/04/13 | 09/05/13 | Highmark | 15,437.46 |
| 46061040 | 476 | 09/04/13 | 09/05/13 | Medicare | 3,840.27 |
| 46067179 | 395 | 09/05/13 | 09/06/13 | Aetna Medicare | 3,977.77 |
| 46077673 | 881 | 09/05/13 | 09/06/13 | Blue Cross | 1,185.94 |
| 46077962 | 312 | 09/05/13 | 09/06/13 | Medicare | 4,047.32 |
| 46070918 | 238 | 09/05/13 | 09/06/13 | Medicare | 17,717.54 |
| 46087813 | 099 | 09/06/13 | 09/07/13 | Blue Cross | 10,662.50 |
| 46089785 | 134 | 09/06/13 | 09/07/13 | Highmark | 5,574.39 |
| 46090858 | 775 | 09/06/13 | 09/07/13 | Medical Assistance HMO | 2,552.37 |
| 46089371 | 307 | 09/06/13 | 09/07/13 | Medicare | 3,138.00 |
| 46096764 | 152 | 09/06/13 | 09/07/13 | Medicare | 5,597.24 |
| 46000055 | 238 | 09/06/13 | 09/07/13 | Medicare | 17,733.42 |
| 46095683 | 694 | 09/07/13 | 09/08/13 | Champus | 84.27 |
| 46099552 | 916 | 09/07/13 | 09/08/13 | Commercial | 2,840.43 |
| 46101440 | 313 | 09/07/13 | 09/08/13 | MA Medicare | 3,222.86 |
| 46099602 | 775 | 09/07/13 | 09/08/13 | Medical Assistance HMO | 2,436.39 |
| 46100392 | 392 | 09/07/13 | 09/08/13 | Medicare | 4,043.38 |
| 46103487 | 603 | 09/08/13 | 09/09/13 | Highmark | 4,252.52 |
| 46099222 | 103 | 09/08/13 | 09/09/13 | Highmark | 4,930.89 |
| 46087854 | 309 | 09/09/13 | 09/09/13 | Medicare | 4,439.77 |
| 46074100 | 505 | 09/09/13 | 09/09/13 | Medicare | 6,429.34 |
| 46101028 | 694 | 09/09/13 | 09/10/13 | Aetna Medicare | 4,132.61 |

| 46085080 | 287 | 09/09/13 | 09/10/13 | Blue Cross Medicare | 2,084.00 |
|---|---|---|---|---|---|
| 46103081 | 092 | 09/09/13 | 09/10/13 | Blue Cross Medicare | 2,230.00 |
| 46103545 | 694 | 09/09/13 | 09/10/13 | Health America Medicare | 3,589.41 |
| 46110003 | 305 | 09/09/13 | 09/10/13 | Highmark | 5,293.79 |
| 46103982 | 313 | 09/09/13 | 09/10/13 | Highmark Medicare | 2,926.01 |
| 46103818 | 203 | 09/09/13 | 09/10/13 | Medicare | 3,438.21 |
| 46087169 | 238 | 09/09/13 | 09/10/13 | Medicare | 17,726.97 |
| 46115150 | 641 | 09/10/13 | 09/11/13 | Medicare | 2,833.83 |
| 46125530 | 639 | 09/11/13 | 09/12/13 | Blue Cross | 4,799.00 |
| 46126538 | 280 | 09/11/13 | 09/12/13 | Blue Cross | 15,611.00 |
| 46104261 | 473 | 09/11/13 | 09/12/13 | Medical Assistance HMO | 6,807.15 |
| 46080313 | 660 | 09/11/13 | 09/12/13 | Medicare | 4,754.35 |
| 46142576 | 501 | 09/12/13 | 09/13/13 | Highmark | 10,269.79 |
| 46124418 | 473 | 09/12/13 | 09/13/13 | Highmark | 13,539.17 |
| 46136230 | 881 | 09/12/13 | 09/13/13 | Medical Assistance HMO | 483.00 |
| 46079927 | 253 | 09/12/13 | 09/13/13 | Medicare | 12,624.67 |
| 46137428 | 244 | 09/12/13 | 09/13/13 | Medicare | 21,711.75 |
| 46153201 | 065 | 09/13/13 | 09/14/13 | Highmark Medicare | 6,276.31 |
| 46156204 | 871 | 09/14/13 | 09/14/13 | Medicare | 10,308.85 |
| 46158259 | 310 | 09/14/13 | 09/15/13 | Blue Cross | 4,965.00 |
| 46156246 | 313 | 09/14/13 | 09/15/13 | Highmark Medicare | 150.00 |
| 46156907 | 670 | 09/14/13 | 09/15/13 | Medicare | 4,627.10 |
| 46158465 | 638 | 09/15/13 | 09/15/13 | Medical Assistance HMO | 3,715.63 |
| 46159489 | 280 | 09/15/13 | 09/16/13 | Blue Cross Medicare | 2,183.53 |
| 46159018 | 287 | 09/15/13 | 09/16/13 | Highmark | 8,462.74 |
| 46097499 | 354 | 09/16/13 | 09/17/13 | Blue Cross | 13,645.50 |
| 46167342 | 101 | 09/16/13 | 09/17/13 | Blue Cross Medicare | 2,334.00 |

| 46124756 | 238 | 09/16/13 | 09/17/13 | Blue Cross Medicare | 2,519.50 |
|---|---|---|---|---|---|
| 46169751 | 313 | 09/16/13 | 09/17/13 | Highmark | 4,946.41 |
| 46158069 | 641 | 09/16/13 | 09/17/13 | Medicare | 3,793.91 |
| 46140745 | 253 | 09/17/13 | 09/18/13 | Aetna Medicare | 14,159.30 |
| 46171435 | 392 | 09/17/13 | 09/18/13 | Blue Cross | 6,065.00 |
| 46171211 | 103 | 09/17/13 | 09/18/13 | Champus | 3,158.67 |
| 46170833 | 689 | 09/17/13 | 09/18/13 | Medicare | 6,460.62 |
| 46182002 | 775 | 09/18/13 | 09/19/13 | Medical Assistance HMO | 2,488.78 |
| 46182457 | 682 | 09/18/13 | 09/19/13 | Medicare | 8,696.42 |
| 46200747 | 310 | 09/19/13 | 09/20/13 | Highmark Medicare | 3,008.71 |
| 46193082 | 885 | 09/19/13 | 09/20/13 | MA Medicare | 834.22 |
| 46199667 | 069 | 09/19/13 | 09/20/13 | Medicare | 4,107.62 |
| 46201067 | 301 | 09/19/13 | 09/20/13 | Medicare HMO/PPO/POS | 3,798.68 |
| 46201521 | 149 | 09/20/13 | 09/20/13 | Medicare HMO/PPO/POS | 3,344.63 |
| 46207106 | 303 | 09/20/13 | 09/21/13 | Highmark | 4,704.90 |
| 46201380 | 379 | 09/20/13 | 09/21/13 | Highmark | 5,316.17 |
| 46202446 | 392 | 09/20/13 | 09/21/13 | Medicare | 112.50 |
| 46201737 | 151 | 09/20/13 | 09/21/13 | Medicare HMO/PPO/POS | 3,342.42 |
| 46167078 | 392 | 09/21/13 | 09/22/13 | Blue Cross | 6,315.00 |
| 46210605 | 392 | 09/21/13 | 09/22/13 | MA Medicare | 3,071.24 |
| 46210217 | 684 | 09/21/13 | 09/22/13 | Medical Assistance HMO | 6,283.88 |
| 46210480 | 065 | 09/21/13 | 09/22/13 | Medicare HMO/PPO/POS | 6,252.11 |
| 46170510 | 355 | 09/22/13 | 09/23/13 | Highmark | 9,255.05 |
| 46213492 | 419 | 09/22/13 | 09/23/13 | Highmark | 9,319.59 |
| 46222618 | 310 | 09/23/13 | 09/24/13 | Medicare | 3,037.88 |
| 46225538 | 310 | 09/24/13 | 09/24/13 | Blue Cross | 4,890.00 |
| 46225454 | 310 | 09/24/13 | 09/24/13 | Commercial | 7,845.11 |
| 46204822 | 392 | 09/24/13 | 09/24/13 | Highmark Medicare | 4,366.77 |
| 46213948 | 312 | 09/24/13 | 09/25/13 | Medicare | 3,242.32 |

| | | | | | |
|---|---|---|---|---|---|
| 46231528 | 069 | 09/24/13 | 09/25/13 | Medicare HMO/PPO/POS | 4,124.75 |
| 46225686 | 282 | 09/24/13 | 09/25/13 | Medicare HMO/PPO/POS | 4,303.22 |
| 46224895 | 769 | 09/25/13 | 09/25/13 | Highmark | 11,042.23 |
| 46242392 | 101 | 09/25/13 | 09/26/13 | Champus | 2,994.62 |
| 46239588 | 072 | 09/25/13 | 09/26/13 | Health America | 2,063.50 |
| 46243085 | 287 | 09/25/13 | 09/26/13 | Medicare | 5,894.94 |
| 46245411 | 313 | 09/26/13 | 09/26/13 | Medicare | 3,103.22 |
| 46245320 | 193 | 09/26/13 | 09/27/13 | Blue Cross Medicare | 2,184.00 |
| 46245486 | 775 | 09/26/13 | 09/27/13 | Health America | 4,674.04 |
| 46253613 | 301 | 09/26/13 | 09/27/13 | Highmark | 4,444.05 |
| 46251146 | 392 | 09/26/13 | 09/27/13 | Highmark Medicare | 3,804.41 |
| 46254579 | 283 | 09/27/13 | 09/28/13 | Highmark Medicare | 9,710.94 |
| 46227609 | 446 | 09/27/13 | 09/28/13 | Medicare | 4,263.82 |
| 46265732 | 072 | 09/29/13 | 09/30/13 | Medicare | 4,138.87 |
| 46270492 | 392 | 09/30/13 | 10/01/13 | Highmark | 3,886.19 |
| 46267464 | 370 | 09/30/13 | 10/01/13 | Highmark | 5,960.94 |
| 46278396 | 442 | 10/01/13 | 10/02/13 | Highmark | 7,651.50 |
| 46261640 | 137 | 10/01/13 | 10/02/13 | Highmark Medicare | 7,140.00 |
| 46284626 | 312 | 10/01/13 | 10/02/13 | Medicare | 3,982.73 |
| 46275699 | 287 | 10/02/13 | 10/03/13 | Commercial | 22,582.72 |
| 46288858 | 315 | 10/02/13 | 10/03/13 | Highmark | 5,827.40 |
| 46293791 | 641 | 10/02/13 | 10/03/13 | Medicare | 2,581.68 |
| 46288478 | 536 | 10/02/13 | 10/03/13 | Medicare | 2,589.46 |
| 46265625 | 918 | 10/03/13 | 10/03/13 | Medical Assistance HMO | 2.25 |
| 46299061 | 393 | 10/03/13 | 10/03/13 | Medicare | 50.51 |
| 46309233 | 309 | 10/03/13 | 10/04/13 | Charity Care | 100.00 |
| 46298493 | 066 | 10/03/13 | 10/04/13 | Medicare | 4,167.86 |
| 46297628 | 372 | 10/03/13 | 10/04/13 | Medicare HMO/PPO/POS | 6,295.82 |
| 46276036 | 419 | 10/04/13 | 10/04/13 | Medicare | 5,657.32 |
| 46318556 | 310 | 10/04/13 | 10/04/13 | Medicare HMO/PPO/POS | 3,075.09 |

11

| 46315156 | 057 | 10/04/13 | 10/05/13 | Medicare | 4,229.97 |
|---|---|---|---|---|---|
| 46319497 | 310 | 10/05/13 | 10/05/13 | Medicare | 3,042.81 |
| 46320156 | 693 | 10/05/13 | 10/06/13 | Medicare | 7,863.74 |
| 46321253 | 694 | 10/06/13 | 10/06/13 | Aetna Medicare | 72.99 |
| 46321485 | 086 | 10/06/13 | 10/07/13 | Medicare | 6,106.31 |
| 46332672 | 101 | 10/07/13 | 10/08/13 | Blue Cross | 6,395.00 |
| 46322863 | 392 | 10/07/13 | 10/08/13 | Highmark | 5,207.27 |
| 46227336 | 238 | 10/07/13 | 10/08/13 | Highmark | 25,381.72 |
| 46305330 | 552 | 10/07/13 | 10/08/13 | Medicare | 4,757.00 |
| 46323093 | 534 | 10/07/13 | 10/08/13 | Medicare HMO/PPO/POS | 1,678.91 |
| 46333274 | 392 | 10/08/13 | 10/09/13 | Blue Cross | 6,315.00 |
| 46341996 | 776 | 10/08/13 | 10/09/13 | Highmark | 4,148.07 |
| 46342622 | 309 | 10/09/13 | 10/10/13 | Health America Medicare | 4,271.30 |
| 46353082 | 191 | 10/09/13 | 10/10/13 | MA Medicare | 5,149.26 |
| 46344883 | 918 | 10/09/13 | 10/10/13 | Medicare | 2,150.18 |
| 46354817 | 684 | 10/10/13 | 10/11/13 | Medicare | 3,426.78 |
| 46354288 | 718 | 10/10/13 | 10/11/13 | Medicare HMO/PPO/POS | 4,934.70 |
| 46364147 | 244 | 10/11/13 | 10/12/13 | Blue Cross | 24,856.50 |
| 46354940 | 227 | 10/11/13 | 10/12/13 | Commercial | 63,354.40 |
| 46366274 | 916 | 10/11/13 | 10/12/13 | Medicare | 1,654.50 |
| 46371365 | 189 | 10/11/13 | 10/12/13 | Medicare | 6,397.33 |
| 46372579 | 561 | 10/12/13 | 10/12/13 | Highmark | 4,536.48 |
| 46372710 | 538 | 10/12/13 | 10/12/13 | Medicare | 3,808.33 |
| 46373239 | 312 | 10/12/13 | 10/13/13 | Blue Cross Medicare | 1,984.00 |
| 46373742 | 343 | 10/12/13 | 10/13/13 | Highmark | 6,518.94 |
| 46372553 | 439 | 10/12/13 | 10/13/13 | Highmark | 7,332.68 |
| 46372173 | 918 | 10/12/13 | 10/13/13 | Medicare | 3,499.60 |
| 46373353 | 392 | 10/12/13 | 10/13/13 | Medicare | 4,074.21 |
| 46374484 | 200 | 10/12/13 | 10/13/13 | Medicare | 5,308.68 |
| 46374799 | 101 | 10/13/13 | 10/14/13 | Highmark | 5,555.06 |
| 46371043 | 916 | 10/13/13 | 10/14/13 | Medicare | 1,654.50 |
| 46367967 | 358 | 10/14/13 | 10/15/13 | Commercial | 37.50 |
| 46376471 | 244 | 10/14/13 | 10/15/13 | Highmark | 18,433.32 |
| 46392726 | 552 | 10/15/13 | 10/16/13 | Blue Cross | 7,020.92 |
| 46385787 | 370 | 10/15/13 | 10/16/13 | Highmark | 5,757.94 |

| 46393302 | 287 | 10/15/13 | 10/16/13 | Highmark Medicare | 5,909.86 |
|---|---|---|---|---|---|
| 46397170 | 310 | 10/16/13 | 10/17/13 | Blue Cross | 4,890.00 |
| 46309209 | 354 | 10/16/13 | 10/17/13 | Highmark | 11,722.83 |
| 46402392 | 313 | 10/16/13 | 10/17/13 | Highmark Medicare | 2,976.01 |
| 46396933 | 305 | 10/16/13 | 10/17/13 | Highmark Medicare | 3,373.18 |
| 46397030 | 918 | 10/16/13 | 10/17/13 | Medicare | 2,315.60 |
| 46397204 | 918 | 10/16/13 | 10/17/13 | Professional Healthcare | 5,300.00 |
| 46407490 | 918 | 10/17/13 | 10/18/13 | Highmark | 4,089.98 |
| 46415493 | 392 | 10/18/13 | 10/19/13 | Blue Cross Medicare | 1,984.00 |
| 46418794 | 101 | 10/18/13 | 10/19/13 | Highmark | 5,555.06 |
| 46389698 | 439 | 10/18/13 | 10/19/13 | Highmark Medicare | 5,344.34 |
| 46406161 | 316 | 10/18/13 | 10/19/13 | Medical Assistance HMO | 5,673.68 |
| 46427373 | 287 | 10/19/13 | 10/20/13 | MA Medicare | 5,419.40 |
| 46428819 | 641 | 10/20/13 | 10/21/13 | Health America | 1,851.00 |
| 46430419 | 312 | 10/20/13 | 10/21/13 | Highmark | 3,418.05 |
| 46429841 | 310 | 10/20/13 | 10/21/13 | Medicare | 3,019.13 |
| 46385738 | 512 | 10/21/13 | 10/21/13 | MA Medicare | 5,668.39 |
| 46421046 | 149 | 10/21/13 | 10/21/13 | Medicare | 3,410.88 |
| 46306460 | 130 | 10/21/13 | 10/22/13 | Highmark | 10,781.65 |
| 46431581 | 287 | 10/21/13 | 10/22/13 | Highmark Medicare | 5,929.86 |
| 46439899 | 068 | 10/21/13 | 10/22/13 | Medicare | 3,540.38 |
| 46441903 | 103 | 10/22/13 | 10/23/13 | Highmark | 4,930.00 |
| 46392668 | 473 | 10/22/13 | 10/23/13 | Medicare | 12,473.20 |
| 46456810 | 683 | 10/24/13 | 10/25/13 | Highmark | 6,859.30 |
| 46462032 | 641 | 10/24/13 | 10/25/13 | Medicare | 2,759.28 |
| 46469888 | 880 | 10/24/13 | 10/25/13 | Medicare | 3,522.63 |
| 46472528 | 251 | 10/25/13 | 10/26/13 | Medical Assistance HMO | 10,689.29 |
| 46467445 | 312 | 10/25/13 | 10/26/13 | Medicare | 3,959.05 |
| 46479101 | 101 | 10/25/13 | 10/26/13 | Medicare | 4,169.51 |

| 46480505 | 069 | 10/26/13 | 10/27/13 | Highmark Medicare | 3,845.57 |
|---|---|---|---|---|---|
| 46482741 | 603 | 10/27/13 | 10/28/13 | Blue Cross | 7,239.00 |
| 46483731 | 309 | 10/27/13 | 10/28/13 | Highmark | 5,516.42 |
| 46482279 | 176 | 10/27/13 | 10/28/13 | Medicare | 5,441.36 |
| 46483343 | 312 | 10/28/13 | 10/28/13 | Medicare | 2,798.73 |
| 46477923 | 312 | 10/28/13 | 10/28/13 | Medicare | 3,982.73 |
| 46482998 | 312 | 10/28/13 | 10/29/13 | Medicare HMO/PPO/POS | 3,973.79 |
| 46495099 | 101 | 10/29/13 | 10/30/13 | Highmark | 5,673.38 |
| 46484382 | 312 | 10/29/13 | 10/30/13 | Highmark Medicare | 3,675.92 |
| 46504171 | 641 | 10/30/13 | 10/31/13 | Highmark | 3,704.01 |
| 46511788 | 069 | 10/30/13 | 10/31/13 | Highmark | 6,482.52 |
| 46432324 | 238 | 10/30/13 | 10/31/13 | Medicare | 17,434.71 |
| 46514824 | 151 | 10/31/13 | 10/31/13 | Blue Cross Medicare | 112.50 |
| 46506432 | 251 | 10/31/13 | 11/01/13 | Highmark | 725.00 |
| 46515623 | 244 | 10/31/13 | 11/01/13 | Medicare | 223.28 |
| 46514964 | 202 | 10/31/13 | 11/01/13 | Medicare | 3,592.94 |
| 46514774 | 445 | 10/31/13 | 11/01/13 | Medicare | 5,825.15 |
| 46522421 | 309 | 11/01/13 | 11/02/13 | Medicare | 4,332.73 |
| 46523833 | 313 | 11/03/13 | 11/03/13 | Professional Healthcare | 4,722.00 |
| 46536629 | 555 | 11/03/13 | 11/04/13 | Medicare | 5,398.29 |
| 46536470 | 308 | 11/03/13 | 11/04/13 | Medicare | 5,460.73 |
| 46535753 | 417 | 11/03/13 | 11/04/13 | Medicare | 12,519.26 |
| 46519443 | 238 | 11/04/13 | 11/05/13 | Blue Cross | 42,190.20 |
| 46537718 | 419 | 11/04/13 | 11/05/13 | Highmark | 9,411.61 |
| 46547634 | 948 | 11/04/13 | 11/05/13 | Medicare | 3,777.74 |
| 46541124 | 313 | 11/04/13 | 11/05/13 | United HealthCare | 2,802.14 |
| 46548830 | 313 | 11/05/13 | 11/05/13 | Blue Cross Medicare | 2,230.00 |
| 46556825 | 055 | 11/05/13 | 11/06/13 | Highmark | 8,028.27 |
| 46557278 | 176 | 11/06/13 | 11/06/13 | Highmark | 7,603.19 |
| 46539631 | 247 | 11/06/13 | 11/07/13 | Highmark | 19,701.63 |
| 46570131 | 377 | 11/07/13 | 11/07/13 | Medicare | 9,656.08 |
| 46561429 | 247 | 11/07/13 | 11/08/13 | Blue Cross | 20,461.00 |

| 46462669 | 035 | 11/07/13 | 11/08/13 | Medicare | 10,769.96 |
|---|---|---|---|---|---|
| 46548939 | 287 | 11/08/13 | 11/08/13 | Medical Assistance HMO | 5,824.26 |
| 46584066 | 918 | 11/08/13 | 11/09/13 | Blue Cross | 5,431.00 |
| 46588430 | 392 | 11/08/13 | 11/09/13 | Highmark | 4,969.27 |
| 46575569 | 394 | 11/08/13 | 11/09/13 | Highmark Medicare | 87.36 |
| 46573424 | 743 | 11/08/13 | 11/09/13 | Highmark Medicare | 5,372.17 |
| 46580338 | 312 | 11/08/13 | 11/09/13 | Medicare | 2,798.73 |
| 46593257 | 293 | 11/10/13 | 11/11/13 | Highmark Medicare | 3,607.12 |
| 46592358 | 312 | 11/10/13 | 11/11/13 | Highmark Medicare | 4,034.36 |
| 46595203 | 062 | 11/11/13 | 11/12/13 | Highmark | 16,607.22 |
| 46593646 | 683 | 11/11/13 | 11/12/13 | Medicare | 1,698.07 |
| 46593489 | 312 | 11/11/13 | 11/12/13 | Medicare | 2,798.73 |
| 46596573 | 244 | 11/11/13 | 11/12/13 | Medicare | 8,795.54 |
| 46593687 | 694 | 11/11/13 | 11/12/13 | United HealthCare | 2,794.95 |
| 46594610 | 743 | 11/12/13 | 11/13/13 | Blue Cross | 8,115.00 |
| 46610432 | 310 | 11/12/13 | 11/13/13 | Highmark | 3,523.98 |
| 46602801 | 305 | 11/12/13 | 11/13/13 | Highmark | 4,540.85 |
| 46600581 | 101 | 11/12/13 | 11/13/13 | Medicare | 2,028.65 |
| 46592630 | 065 | 11/12/13 | 11/13/13 | Medicare | 4,742.11 |
| 46614368 | 871 | 11/13/13 | 11/14/13 | Aetna Medicare | 166.03 |
| 46606232 | 603 | 11/13/13 | 11/14/13 | Highmark | 4,189.64 |
| 46525481 | 254 | 11/13/13 | 11/14/13 | Highmark | 14,520.45 |
| 46614186 | 605 | 11/13/13 | 11/14/13 | Medicare | 2,877.62 |
| 46576732 | 242 | 11/14/13 | 11/14/13 | Aetna Medicare | 304.58 |
| 46617759 | 312 | 11/14/13 | 11/15/13 | Medicare | 2,798.73 |
| 46623856 | 247 | 11/14/13 | 11/15/13 | Medicare | 10,017.91 |
| 46624045 | 563 | 11/14/13 | 11/15/13 | Medicare HMO/PPO/POS | 4,145.05 |
| 46627287 | 291 | 11/15/13 | 11/16/13 | Blue Cross Medicare | 1,984.00 |
| 46643912 | 337 | 11/15/13 | 11/16/13 | Highmark | 9,486.15 |
| 46644399 | 390 | 11/16/13 | 11/17/13 | Health America | 1,797.72 |
| 46645974 | 690 | 11/17/13 | 11/18/13 | Highmark | 3,537.64 |

| | | | | | |
|---|---|---|---|---|---|
| 46649117 | 834 | 11/18/13 | 11/19/13 | Blue Cross | 187.50 |
| 46659132 | 308 | 11/19/13 | 11/20/13 | Highmark | 8,520.98 |
| 46647152 | 920 | 11/20/13 | 11/21/13 | Medicare HMO/PPO/POS | 5,455.61 |
| 46690145 | 313 | 11/22/13 | 11/22/13 | Blue Cross Medicare | 262.50 |
| 46690046 | 300 | 11/22/13 | 11/23/13 | Blue Cross | 8,456.00 |
| 46701173 | 151 | 11/24/13 | 11/25/13 | Medicare | 888.00 |
| 46703609 | N/A | 11/25/13 | 11/26/13 | Blue Cross Medicare | 112.50 |
| 46955019 | 313 | 12/31/13 | 01/01/14 | Blue Cross Out of Area | N/A |
| 46951125 | 313 | 12/31/13 | 01/01/14 | Medicare | N/A |
| 47010756 | 313 | 01/08/14 | 01/08/14 | Highmark Blue Shield | N/A |
| 47195045 | 392 | 01/31/14 | 02/01/14 | N/A | 4,050 |
| 47189782 | 036 | 02/03/14 | 02/04/14 | N/A | 9,434 |
| 47187224 | 036 | 02/03/14 | 02/04/14 | N/A | 9,434 |
| 47211594 | 309 | 02/04/14 | 02/05/14 | N/A | 4,309 |
| 47189469 | 246 | 02/04/14 | 02/05/14 | N/A | 17,434 |
| 47206610 | 244 | 02/06/14 | 02/06/14 | N/A | 11,951 |
| 47244025 | 087 | 02/08/14 | 02/09/14 | N/A | 4,023 |
| 47229935 | 036 | 02/10/14 | 02/11/14 | N/A | 9,434 |
| 47279930 | 536 | 02/13/14 | 02/14/14 | N/A | 2,589 |
| 47292222 | 640 | 02/16/14 | 02/17/14 | N/A | 6,086 |
| 47292180 | 313 | 02/18/14 | 02/18/14 | N/A | 3,282 |
| 47303078 | 312 | 02/18/14 | 02/19/14 | N/A | 3,299 |
| 47320304 | 189 | 02/20/14 | 02/21/14 | N/A | 3,422 |
| 47325881 | 227 | 02/20/14 | 02/21/14 | N/A | 27,726 |
| 47357827 | 310 | 02/24/14 | 02/25/14 | N/A | 3,019 |
| 47348560 | 392 | 02/24/14 | 02/25/14 | N/A | 4,050 |
| 47359310 | 305 | 02/25/14 | 02/26/14 | N/A | 3,383 |
| 47351879 | 483 | 02/25/14 | 02/26/14 | N/A | 14,695 |
| 47357462 | 202 | 02/26/14 | 02/27/14 | N/A | 4,753 |
| 47374137 | 243 | 02/26/14 | 02/27/14 | N/A | 8,027 |
| 47384847 | 189 | 02/27/14 | 02/28/14 | N/A | 6,673 |
| 47444179 | 743 | 03/07/14 | 03/08/14 | N/A | 5,533 |
| 47456389 | 287 | 03/09/14 | 03/10/14 | N/A | 5,951 |
| 47471891 | 287 | 03/12/14 | 03/13/14 | N/A | 5,951 |

| 47469283 | 244 | 03/12/14 | 03/13/14 | N/A | 11,993 |
|---|---|---|---|---|---|
| 47497516 | 352 | 03/14/14 | 03/15/14 | N/A | 5,264 |
| 47525811 | 248 | 03/19/14 | 03/20/14 | N/A | 16,146 |
| 47575212 | 247 | 03/25/14 | 03/26/14 | N/A | 11,178 |
| 47580311 | 484 | 03/27/14 | 03/28/14 | N/A | 12,427 |

# Exhibit D

## Exhibit D

| Payor Name | Account Number | Admit Date | Appeal Received by EHR |
|---|---|---|---|
| Med-Assist-PA | 43110386 | 8/9/2010 | 10/17/2012 |
| Med-Assist-PA | 41421702 | 12/31/2011 | 1/13/2014 |
| Med-Assist-PA | 42329276 | 4/28/2012 | 12/18/2012 |
| Med-Assist-PA | 42337089 | 4/30/2012 | 10/17/2012 |
| Med-Assist-PA | 42408385 | 5/8/2012 | 7/25/2012 |
| Med-Assist-PA | 42577924 | 5/30/2012 | 10/17/2012 |
| Med-Assist-PA | 24811414 | 6/30/2012 | 11/2/2012 |
| Med-Assist-PA | 43257898 | 8/29/2012 | 12/14/2012 |
| Med-Assist-PA | 43526557 | 10/4/2012 | 4/22/2013 |
| Med-Assist-PA | 43912047 | 11/28/2012 | 10/11/2013 |
| Med-Assist-PA | 43979053 | 12/4/2012 | 3/27/2013 |
| Med-Assist-PA | 44063766 | 12/13/2012 | 6/7/2013 |
| Med-Assist-PA | 44129781 | 12/21/2012 | 5/10/2013 |
| Med-Assist-PA | 44127926 | 12/21/2012 | 3/14/2013 |
| Med-Assist-PA | 44141067 | 12/25/2012 | 6/27/2013 |
| Med-Assist-PA | 44219715 | 1/7/2013 | 6/7/2013 |
| Med-Assist-PA | 44409936 | 1/30/2013 | 7/3/2013 |
| Med-Assist-PA | 44809218 | 3/22/2013 | 10/21/2013 |
| Med-Assist-PA | 44862100 | 3/30/2013 | 8/12/2013 |
| Med-Assist-PA | 44975589 | 4/14/2013 | 10/11/2013 |
| Med-Assist-PA | 45096658 | 4/30/2013 | 9/30/2013 |
| Med-Assist-PA | 45113461 | 5/1/2013 | 11/15/2013 |
| Med-Assist-PA | 45150950 | 5/7/2013 | 6/27/2013 |
| Med-Assist-PA | 45258712 | 5/20/2013 | 11/22/2013 |
| Med-Assist-PA | 45385804 | 6/5/2013 | 3/25/2014 |
| Med-Assist-PA | 45571379 | 6/29/2013 | 8/19/2013 |
| Med-Assist-PA | 45793403 | 7/30/2013 | 10/29/2013 |
| Med-Assist-PA | 45890746 | 8/11/2013 | 11/1/2013 |
| Med-Assist-PA | 46263901 | 9/28/2013 | 11/8/2013 |
| Med-Assist-PA | 46288700 | 10/1/2013 | 12/24/2013 |
| Med-Assist-PA | 46417333 | 10/18/2013 | 4/2/2014 |
| Med-Assist-PA | 46451084 | 10/23/2013 | 1/16/2014 |
| Med-Assist-PA | 46580064 | 11/8/2013 | 3/25/2014 |
| Med-Assist-PA | 46668711 | 11/19/2013 | 3/17/2014 |

| Med-Assist-PA | 46847471 | 12/13/2013 | 4/2/2014 |