UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA: HARRISBURG

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JESSE M. POLANSKY, M.D., M.P.H.,<br><br>*Plaintiff,*<br><br>v.<br><br>GESINGER HOLY SPIRIT; GEISINGER COMMUNITY MEDICAL CENTER; GEISINGER MEDICAL CENTER; SPIRIT PHYSICIAN SERVICES INC.<br><br>*Defendants.* | Civil Action No.<br>1:20-CV-00599<br>(Judge Conner) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Lesli C. Esposito of McDermott Will & Emery LLP on behalf of Defendants Geisinger Medical Center and Geisinger Community Medical Center in the above-captioned matter.

Dated: February 7, 2024            */s/ Lesli C. Esposito*
                                                Lesli C. Esposito (PA 201916)
                                                MCDERMOTT WILL & EMERY LLP
                                                500 North Capitol Street, NW
                                                Washington, District of Columbia 20001
                                                Tel:(202)-756-8445
                                                Lesposito@mwe.com

*Attorney for Geisinger Community Medical Center and Gesinger Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of Record

By: */s/ Lesli C. Esposito*