IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE UNITED STATES OF OF AMERICA** *ex rel.* **JESSE M. POLANSKY, M.D., M.P.H.,** : : : : | CIVIL ACTION NO. 1:20-CV-599<br><br>(Judge Conner) |
| **Plaintiff** : : | |
| v. : : | |
| **GEISINGER HOLY SPIRIT, GEISINGER COMMUNITY MEDICAL CENTER, GEISINGER MEDICAL CENTER, and SPIRIT PHYSICIAN SERVICES, INC..,** : : : : : : | |
| **Defendants** : | |

**ORDER**

AND NOW, this 9th day of February, 2024, upon consideration of the "stipulation" (Doc. 46) to extend the time in which defendants Geisinger Community Medical Center and Geisinger Medical Center may answer or otherwise respond to plaintiff's complaint by 60 days, which the court construes as a concurred-in motion for extension of time, it is hereby ORDERED that:

1. The concurred-in motion (Doc. 46) for extension of time is GRANTED as construed.

2. Geisinger Community Medical Center and Geisinger Medical Center shall answer or otherwise respond to plaintiff's complaint on or before **Monday, April 8, 2024**.

3. The parties are directed to file any future requests for extensions of time by formal motion.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania