## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF
AMERICA *ex rel.* JESSE M.
POLANSKY, M.D., M.P.H.,

    *Plaintiff,*

v.

GESINGER HOLY SPIRIT;
GEISINGER COMMUNITY
MEDICAL CENTER; GEISINGER
MEDICAL CENTER; SPIRIT
PHYSICIAN SERVICES INC.

    *Defendants.*

Civil Action No.
1:20-CV-00599
(Judge Conner)

## <u>ENTRY OF APPEARANCE</u>

Kindly enter our appearance as co-counsel for Defendants Geisinger Medical Center, Geisinger Community Medical Center, Geisinger Holy Spirit and Spirit Physician Services, Inc. in the above-captioned matter.

Date: February 12, 2024

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
Donna A. Walsh (PA ID 74833)
dbrier@mkblaw.com
dwalsh@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

*Attorneys for Geisinger Medical Center,
Geisinger Community Medical Center,
Geisinger Holy Spirit, and Spirit Physician
Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Entry of Appearance was filed with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing by ECF on all counsel of record on this

12th day of February 2024.


<u>/s/ Daniel T. Brier</u>
Daniel T. Brier