UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JESSE M. POLANSKY, M.D., M.P.H.,<br><br>*Plaintiff,*<br><br>v.<br><br>GESINGER HOLY SPIRIT; GEISINGER COMMUNITY MEDICAL CENTER; GEISINGER MEDICAL CENTER; SPIRIT PHYSICIAN SERVICES INC.<br><br>*Defendants*. | Civil Action No.<br>1:20-CV-00599<br>(Judge Conner) |

## ENTRY OF APPEARANCE

Kindly enter our appearance as co-counsel for Defendants Geisinger Medical Center, Geisinger Community Medical Center, Geisinger Holy Spirit and Spirit Physician Services, Inc. in the above-captioned matter.

Date: February 12, 2024

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
Donna A. Walsh (PA ID 74833)
dbrier@mkblaw.com
dwalsh@mbklaw.com

*Attorneys for Geisinger Medical Center, Geisinger Community Medical Center, Geisinger Holy Spirit, and Spirit Physician Services, Inc.*

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of record on this 12th day of February 2024.

/s/ Daniel T. Brier
Daniel T. Brier