## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA: HARRISBURG

THE UNITED STATES OF
AMERICA *ex rel.* JESSE M.
POLANSKY, M.D., M.P.H.,

     *Plaintiff,*

          v.

GEISINGER HOLY SPIRIT;
GEISINGER COMMUNITY
MEDICAL CENTER; GEISINGER
MEDICAL CENTER; SPIRIT
PHYSICIAN SERVICES INC.

     *Defendants.*

Civil Action No.
1:20-CV-00599
(Judge Conner)

### [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS GEISINGER HOLY SPIRIT AND SPIRIT PHYSICIAN SERVICES, INC. TO RESPOND TO COMPLAINT

**AND NOW**, this _____ day of February, 2024, it is hereby **ORDERED** that

the deadline for Defendants Geisinger Holy Spirit and Spirit Physician Services, Inc.

to answer, move with respect to, or otherwise respond to Plaintiff's Complaint shall

be April 8, 2024.

                    _____
                    The Honorable Christopher C. Conner
                    United States District Court Chief Judge
                    Middle District of Pennsylvania