# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. JESSE M. POLANSKY, M.D., M.P.H.,<br><br>              Plaintiff,<br><br>v.<br><br>GEISINGER HOLY SPIRIT; GEISINGER COMMUNITY MEDICAL CENTER; GEISINGER MEDICAL CENTER; SPIRIT PHYSICIAN SERVICES INC.<br><br>              Defendants. | Civil No. 20-CV-599<br>(Judge Conner) |

## Unopposed Motion for Extension of Time for Relator's Opposition to Defendants' Motion to Dismiss

Relator respectfully submits this unopposed motion regarding his time to answer Defendants' Motion to Dismiss.  In support of this motion, Relator states as follows:

1.　Relator completed service of his Complaint on Defendants Geisinger Holy Spirit, Geisinger Community Medical Center, Geisinger Medical Center, and Spirit Physician Services, Inc. on February 12, 2024.  ECF Nos. 39–42.

2.　Defendants received a sixty (60) day extension to respond to Realtor's Complaint.  ECF Nos. 47, 51. Defendants served a motion to dismiss Relator's Complaint on April 8, 2024.  ECF No. 69.

3.      Relator requested from Defendants' counsel a similar fifty-nine (59) day extension to respond to Defendants' motion. Defendants' counsel has agreed to the requested extension.

4.      This is the first extension requested by Relator in this matter and the parties agree that this extension will not cause undue delay or prejudice to any party.

Relator thus requests that the Court grant his unopposed motion and extend his time to respond to Defendants' Motion to Dismiss to June 20, 2024.

Dated:          April 12, 2024

/s/ Stephen Shackelford, Jr.
Stephen Shackelford, Jr. (Pro Hac Vice)
(NY 5393657)
Mark Musico (Pro Hac Vice)
(NY 5238001)
Nicholas Carullo (Pro Hac Vice)
(NY 5598578)
SUSMAN GODFREY LLP
One Manhattan West
New York, NY  10001
Tel.: 212-336-8330
Fax: 212-336-8340
sshackelford@susmangodfrey.com
mmusico@susmangodfrey.com
ncarullo@susmangodfrey.com

Jeffrey W. Golan (PA 33729)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
Tel: (215) 963-0600
jgolan@barrack.com

*Attorneys for Relator*

2

## Certificate of Concurrence

I, Nicholas Carullo, certify that I sought the concurrence of counsel for Defendants in the Motion.  Defendants' counsel concurs in this Motion.

*/s/ Nicholas C. Carullo*
Nicholas C. Carullo

Date: April 12, 2024

## **Certificate of Service**

I, Nicholas C. Carullo, certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of record.

*/s/ Nicholas C. Carullo*
Nicholas C. Carullo
