# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JESSE M. POLANSKY, M.D., M.P.H., <br><br> *Plaintiff,* <br><br> v. <br><br> GEISINGER HOLY SPIRIT; GEISINGER COMMUNITY MEDICAL CENTER; GEISINGER MEDICAL CENTER; SPIRIT PHYSICIAN SERVICES INC. <br><br> *Defendants*. | Civil Action No. 1:20-CV-00599 <br><br> (Judge Conner) |

## ORDER

AND NOW, this 6th day of May, 2024, upon consideration of Defendants' Unopposed Motion to Extend Deadlines and Exceed Word Limits for Briefing on the Motion to Dismiss Relator's Amended Complaint, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED as follows:

1. Defendants' deadline to respond to Relator's complaint is extended by 15 days up to and including May 28, 2024.

2. Defendants' brief in support of their motion to dismiss shall not exceed 17,500 words.

3. Relator's deadline to oppose Defendants' motion to dismiss is extended by 59 days after the date that Defendants file their brief.

4. Relator's opposition to Defendants' motion to dismiss shall not exceed 17,500 words.

/s/ Christopher C. Conner<br>J.