Case Number: 1:20-cv-00599-JFS Document Number: 89 User: DJ Printed: 3/10/2025 3:48:35 PM

Seth Ard
Susman Godfrey LLP
1301 Ave. of the Americas
32nd Floor
New York, NY 10019

**FILED**
**SCRANTON**

MAR 25 2025

PER _____CP_____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

LEHIGH VALLEY PA 180
11 MAR 2025 PM 4

US POSTAGE ™ PITNEY BOWES
ZIP 18501
02 7W    $ 000.69⁰
0008028835 MAR. 10. 2025

RECEIVED
SCRANTON
MAR 25 2025
PER ___DJ___
DEPUTY CLERK

WTF

NIXIE       180   DE  1         0003/20/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 18501114848    *2319-07301-11-35

18501$178

1