## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel*. JESSE M. POLANSKY, M.D., M.P.H., <br><br> Relator, <br><br> v. <br><br> GEISINGER HOLY SPIRIT; GEISINGER COMMUNITY MEDICAL CENTER; GEISINGER MEDICAL CENTER; SPIRIT PHYSICIAN SERVICES INC. <br><br> Defendants. | Civil Action No.: <br> 1:20-CV-599 <br><br> Judge Joseph F. Saporito <br><br> Electronically Filed |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF

Seth Ard of the law firm Susman Godfrey L.L.P. hereby withdraws as counsel for Relator in the above-captioned matter. Remaining counsel of record for the Relator – Stephen Shackelford, Jr., Mark Musico, Nicholas Carullo, and Jeffrey Golan – will continue to represent Relator in the above-captioned matter.

Dated: New York, New York
      March 26, 2025

Respectfully submitted,

By: */s/ Seth Ard*
Seth Ard (NY 4773982)
Stephen Shackelford, Jr. (*pro hac vice*)
Mark Musico (NY 5238001)*
Nicholas C. Carullo (*pro hac vice*)

1

SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel.:  212-336-8330
Fax:  212-336-8340
sard@susmangodfrey.com
sshackelford@susmangodfrey.com
mmusico@susmangodfrey.com
ncarullo@susmangodfrey.com

Jeffrey W. Golan (PA 33729)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
jgolan@barrack.com

*Attorneys for Relator*

*\*PHV applications to be submitted*

## **CERTIFICATE OF SERVICE**

This is to certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of record.

By: */s/ Seth Ard*
Seth Ard