UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. JESSE M. POLANSKY, M.D., M.P.H., | |
| Plaintiff, | CIVIL ACTION NO. 1:20-cv-00599 |
| v. | (SAPORITO, J.) |
| GEISINGER HOLY SPIRIT, et al., | |
| Defendant. | |

ORDER

AND NOW, this 30th day of April, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion to dismiss (Doc. 78) is **GRANTED**;

2. This action is **DISMISSED** for lack of subject matter jurisdiction; and

3. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge